■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME LANGHORN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Winick, J.), rendered April 13, 1984, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Eiber, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MAGGETTE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered September 27, 1983, convicting him of attempted murder in the second degree, robbery in the first degree (two counts), robbery in the second degree, assault in the first degree, burglary in the first degree (two counts), attempted burglary in the second degree, criminal possession of stolen property in the third degree (two counts), criminal possession of a controlled substance in the seventh degree, possession of burglar's tools, and resisting arrest (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.